IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MONTY BROWN                                                                                   PLAINTIFF

V.                                                            CIVIL ACTION NO. 1:18-CV-122-SA-RP

YELLOW JACKET MANAGEMENT, INC.,
GAS ISLAND CORPORATION, and
BOARDTOWN GROOMING CORPORATION                                                  DEFENDANTS

ORDER

The Plaintiff in this case filed an Amended Complaint [18] in response to two pending Motions to Dismiss filed by Gas Island Corporation [10], and Yellow Jacket Management, Inc. [12]. The filing of the Amended Complaint moots the previously filed Motions to Dismiss. Indeed, both Motions have been re-urged relative to the Amended Complaint. *See* Motions [23, 25].

Given this procedural posture, the Court dismisses the two earlier filed Motions to Dismiss without prejudice as moot.

It is SO ORDERED, on this the 26th day of October, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE