IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MONTY BROWN**                                                                                 **PLAINTIFF**

**V.**                                  **CAUSE NO.: 1:18cv122-SA-RP**

**YELLOW JACKET MANAGEMENT, INC.,**
**GAS ISLAND CORPORATION, and X, Y, Z**              **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL**
**WITH PREJUDICE**

THIS MATTER CAME ON for hearing by the Court on the joint motion, *ore tenus*, of the parties for entry of an Agreed Judgment of Dismissal. The Court, having been advised that the parties have reached an agreement which disposes of all of Plaintiff's claims against all of the Defendants, finds that the motion is well-taken and should be granted. As such, the Court does hereby enter this Agreed Judgment of Dismissal With Prejudice and, through it, hereby dismisses all claims and causes of action by Plaintiff in this suit against Defendants, and the suit in its entirety, with prejudice and without costs, interest, or attorney's fees.

SO ORDERED AND ADJUDGED, this the __15th__ day of June, 2020.

                                                     /s/ Sharion Aycock
                                                     DISTRICT COURT JUDGE

*[ATTORNEY SIGNATURES ON NEXT PAGE]*

*s/ Ron Woodruff by permission, by Richard G. Norris, II*
---

Jim Waide, Esq.
Rachel Waide, Esq.
Ron Woodruff, Esq.
Waide & Associates, P.A.
Post Office Box 1357
Tupelo, Mississippi 38802-1357

**ATTORNEYS FOR PLAINTIFF**

---

Stuart Robinson, Jr., Esq.
Richard G. Norris, II, Esq.
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi  39205-0131
Telephone:     (601) 605-6900
Facsimile:     (601) 605-6901

**COUNSEL FOR DEFENDANTS**